**B18 (Official Form 18) (12/07)**

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14–14943–DHS
Chapter:  7
Judge:  Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Debra Jean Pairo–Hill
    aka Debra Jean Pairo, aka Debra Jean Van
    Wyck
    19 Panorama Drive
    Sussex, NJ 07461
Social Security No.:
    xxx–xx–6737
Employer's Tax I.D. No.:

---

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: June 13, 2014                    Donald H. Steckroth
                                        United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-14943-DHS
Debra Jean Pairo-Hill                                                       Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 13, 2014
                             Form ID: b18          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2014.
db             +Debra Jean Pairo-Hill,    19 Panorama Drive,    Sussex, NJ 07461-4753
514635663      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
514635668      +Caliber Home Loans, In,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
514635670      +Charter One Auto Finance/RBF Citizens,    Attn:Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,
                Warwick, RI 02886-1321
514635673      +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
514635672       Citizens Bank,    Po box 42010,    Providence, RI 02940-2010
514635676      +Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
514635679      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
514635684      +Lakeland Bank,    250 Oak Ridge Rd,    Oak Ridge, NJ 07438-8998
514635687      +NJ Gross income Tax,    P.O.Box 046,    Trenton, NJ 08646-0046
514635686      +New Jer Hus/dovenmuehl,    1501 Woodfield Rd,    Schaumburg, IL 60173-6052
514635688      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                Warwick, RI 02886-1321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: leah.bynon@usdoj.gov Jun 13 2014 21:37:47     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2014 21:37:42     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514635660      +EDI: GMACFS.COM Jun 13 2014 18:28:00     Ally Financial,    P.O. Box 38902,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
514635666       EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank Of America,    P.O. Box 982236,
                El Paso, TX 79998
514635664       EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank Of America,    Po Box 982235,    El Paso, TX 79998
514635662       EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank Of America,    Po Box 15019,
                Wilmington, DE 19886-5019
514635661       EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank Of America,    P.O. Box15222,
                Willmington, DE 19886-5222
514635667       EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank Of America N.A.,    PO Box 15222,
                Wilmington, DE 19886-5222
514635665      +EDI: BANKAMER.COM Jun 13 2014 18:28:00     Bank of America,    Attn: Bankruptcy Dept NC4-105-0314,
                Po Box 26012,    Greensboro, NC 27420-6012
514635669      +E-mail/Text: ering@cbhv.com Jun 13 2014 21:37:36     Cb Of The Hudson Valle,
                Cbhv/Attn:Collections/Bankruptcy,    Po Box 831,    Newburgh, NY 12551-0831
514635671      +EDI: CHASE.COM Jun 13 2014 18:28:00     Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
514635675      +EDI: DISCOVER.COM Jun 13 2014 18:28:00     Discover Fin Svcs Llc,    Po Box15316,
                Wilmington, DE 19850-5316
514635677      +E-mail/Text: NJBKCY@FGMN.COM Jun 13 2014 21:36:56     Forster, Garbus & Garbus, Esqs.,
                7 Banta Place,    Hackensack, NJ 07601-5604
514635678      +EDI: RMSC.COM Jun 13 2014 18:28:00     Gecrb/Lowes,    Attention: Bankruptcy Department,
                Po Box 103104,    Roswell, GA 30076-9104
514635680      +EDI: HFC.COM Jun 13 2014 18:28:00     Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
514635691       EDI: IRS.COM Jun 13 2014 18:28:00     United States Treasury,    P.O. Box 37004,
                Hartford, CT 06176-0004
514635681       EDI: CBSKOHLS.COM Jun 13 2014 18:28:00     Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
514635683      +EDI: CBSKOHLS.COM Jun 13 2014 18:28:00     Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
514635689      +EDI: RMSC.COM Jun 13 2014 18:28:00     Sams Club / GEMB,    Attention: Bankruptcy Department,
                Po Box 103104,    Roswell, GA 30076-9104
514635690      +EDI: SEARS.COM Jun 13 2014 18:28:00     Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
514635674       EDI: DISCOVER.COM Jun 13 2014 18:28:00     discover card,    P.O.Box 71084,
                Charlotte, NC 28272-1084
514635682       EDI: CBSKOHLS.COM Jun 13 2014 18:28:00     kohls,    P.O.Box 2983,    Milwaukee, WI 53201-2983
514635685       EDI: RMSC.COM Jun 13 2014 18:28:00     lowes,    P.O.Box 530914,    Atlanta, GA 30353-0914
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2014
                             Form ID: b18              Total Noticed: 35
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2014 at the address(es) listed below:
              Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
              NJ48@ecfcbis.com
              Barbara  Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Laura S. Mann    on behalf of Debtor Debra Jean Pairo-Hill laura@mannlegal.biz,
              mannecfmail@gmail.com
                                                                        TOTAL: 3
```