# Daniel Goldsmith Ruggiero, Esquire*

*Admitted to practice law in ME, MA, RI, CT, NY, NJ & PA (state courts)
ME, MA, RI, CT, NDNY, WDNY, EDNY, SDNY, NJ, EDPA & MDPA (federal courts)

April 21, 2015

Chambers of Hon. Philip J. Maenza
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

Re:   Debra Pairo-Hill v. Global Client Solutions, LLC et al
      SSX-668-14
      OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Dear Judge Maenza:

  Please accept this letter in lieu of a more formal response. I originally filed an opposition to this Motion and sent courtesy copies to Judge McGovern's chambers. However, I have enclosed an additional copy for you as well.

  This letter is in follow-up to my discussion with Gina from the Clerk's Office. She informed me that Default has NOT entered as to Credit Advocates Law Firm and Fast Track Debt Relief. As such, I overnighted for filing an Answer for both Defendants.[1] Therefore, Plaintiff's pending motion for Default Judgment should be mute.

  Wherefore, Defendants Credit Advocates and Fast Track Debt relief respectfully request that Plaintiff's Motion for Default Judgment be denied and that default shall be vacated.

Respectfully submitted,

Daniel Goldsmith Ruggiero

cc:/ Counsel of Record

---

[1] The Answer was filed on behalf of both these Defendants and Estopinan & Associates.

**\*\* Please send all correspondence to MA office**

| Massachusetts Office | New Jersey Office | New York Office |
|---|---|---|
| P.O. Box 291 | 331 Newman Springs Rd | 41 Madison Avenue |
| Canton, MA 02021 | Bldg 1, 4th floor, Ste. 143 | 25th Floor – Suite 2539 |
| druggieroesq@hotmail.com | Red Bank, NJ 07701 | New York, NY 10010 |
| 339-237-0343 (phone) | | |
| 339-707-2808 (fax) | | |