| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

   Debra Pairo-Hill,

                            Debtor.

Order Filed on May 5, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-14943(TBA)

Hearing Date: April 28, 2015

Judge: Vincent F. Papalia

Chapter: 7

## ORDER REOPENING CASE TO AMEND SCHEDULES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 5, 2015**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Debtor**: Debra Pairo-Hill
**Case No.**: 14-14943 (TBA)
**Caption of Order**: Order Reopening Case to Amend Schedules

Upon consideration of the Motion of the Debtor, Debra Pairo-Hill, by and through counsel, for an Order reopening her chapter 7 bankruptcy proceeding pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010 to amend schedules to include omitted claims held by the Debtor, and notice of the Motion having been served on all affected parties, and the court having found cause for the entry of the within order, it is hereby **ORDERED**:

1. This case is reopened.

2. An amendment to the schedules noted in the underlying Motion shall be filed within 14 days of the date of entry of this Order.

3. A trustee shall be appointed to review whether the newly added claims should be pursued on behalf of the estate or abandoned.

4. The Case shall be reviewed for closing eligibility within 90 days of the date of entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-14943-TBA
Debra Jean Pairo-Hill                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: zhaywood          Page 1 of 1          Date Rcvd: May 05, 2015
                         Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2015.
db              +Debra Jean Pairo-Hill,    19 Panorama Drive,    Sussex, NJ 07461-4753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2015 at the address(es) listed below:
     Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com
     Barbara    Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
     Daniel G. Ruggiero    on behalf of Creditor    Credit Advocates Law Firm, LLC druggieroesq@gmail.com,  outsourcedparalegal@gmail.com
     Laura S. Mann    on behalf of Debtor Debra Jean Pairo-Hill laura@mannlegal.biz, mannecfmail@gmail.com
                                                                                                  TOTAL: 4